# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Hines

V.

California Dept. of Corr. Internal Affairs et al

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 10cv862-W(BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court dismisses action sua sponte without prejudice for failing to prepay the $350 filing fee pursuant to 28 USC 1914(a)..................................................................................................................................
..................................................................................................................................

| May 3, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON May 3, 2010

10cv862-W(BLM)